

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Davian Stiger, Appellant

No. 06-24-00086-CR      v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 23-F-0348-202). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that the sentence in this case runs concurrently, not consecutively, with the sentence in his companion case, numbered 06-24-00085-CR. As modified, we affirm the judgment of the trial court.

We note that the appellant, Davian Stiger, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 19, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk